IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS; ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN INDUSTRIAL INSULATION, LLC, <br><br> Defendant. | CIVIL NO. 10-00412 JMS-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 15, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs Renewed Motion for Default Judgment Against Defendant American Industrial Insulation, LLC" are adopted

///

///

///

as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 5, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

Trustees of the PAMCAH-UA Local 675 Tr Funds et al. v. Am. Indus. Insulation, LLC, Civ. No. 10-00412 JMS-RLP; Order Adopting Magistrate Judge's Findings and Recommendation